ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND                                  COURT OF APPEALS

                                      *     OF MARYLAND
         Petitioner,

                                      *     Misc. Docket AG
v.

                                      *     No. 7
KIMBERLY LISA MARSHALL

                                      *     September Term, 2018
         Respondent.

                                      *

## ORDER

This matter came before the Court on the Petition for Disciplinary or Remedial Action of the Attorney Grievance Commission of Maryland filed pursuant to Maryland Rule 19-737 and 19-721. The Court, having considered the Petition, the response to this Court's Show Cause Order entered July 3, 2018, and the record herein, it is this <u>28th</u> day of September, 2018;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Kimberly Lisa Marshall, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 1.3, 1.4, 1.5(a), 1.15(a), (b), (c), 1.16(d), 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Kimberly Lisa Marshall from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b); and it is further

ORDERED, that the Respondent, Kimberly Lisa Marshall, shall not petition for reinstatement with this Court unless and until she has been reinstated to the practice of law in the State of Virginia; and it is further

ORDERED, that the Respondent, Kimberly Lisa Marshall, shall not petition for reinstatement with this Court unless and until she has been deemed fit to practice law by a medical provider of Bar Counsel's choosing.


/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Bessie Decker, Clerk
April 20, 2018